IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

OSBORNE PARNELL BENNETT, JR.,    )
                                 )
          Plaintiff,             )
                                 )
     v.                          )     1:25-cv-702
                                 )
OFFICER BILES, OFFICER           )
WEAVER, LT. FISHER BAKER,        )
and OFFICER BRIDGES,             )
                                 )
          Defendants.            )

## ORDER

On September 18, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a *de novo* review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrected the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 17th day of February, 2026.

_William L. Osteen, Jr._
United States District Judge